IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| PLAYFIRST, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>ALAWAR ENTERTAINMENT, INC., and ALIASWORLDS ENTERTAINMENT,<br><br>      Defendants. | No. C06-04581 MJJ<br><br>**STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER** |

Pursuant to Civil L.R. 6-1 and Civil L.R. 7-12, plaintiff and the first-named defendant (Alawar Entertainment, Inc.)("Alawar") in the above-referenced matter hereby stipulate as to the extension of the date by which defendant Alawar is to submit an answer in this matter to and including September 15, 2006. The basis for the stipulation is the parties' current efforts to determine if this matter can be resolved without need for further proceedings before this Court.

**STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER**

1
2
| | |
|---|---|
| /s/ Julie S. Turner | /s/ Bruce Nye |
| Julie S. Turner | Bruce Nye |
| CA Bar No. 191146 | CA Bar No. 77608 |
| DAY CASEBEER MADRID & BATCHELDER LLP | Adams Nye Sinunu Bruni Becht LLP |
| 20300 Stevens Creek Blvd. | 222 Kearny Street, Seventh Floor |
| Suite 400 | San Francisco, CA 94108-4521 |
| Cupertino, CA 95014 | Telephone: (415) 982-8955 |
| Tel: (408) 873-0110 | Facsimile: (415) 982-2042 |
| Facsimile: (408) 873-0220 | |
| Counsel for Plaintiff PlayFirst, Inc. | Counsel for Defendant Alawar Entertainment, Inc. |
| Date: August 18, 2006 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Martin J. Jenkins
8/21/06

- 2 -
**STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER**