IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PLAYFIRST, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAWAR ENTERTAINMENT, INC., and ALIASWORLDS ENTERTAINMENT, <br><br> Defendants. | No. C06-04581 MJJ <br><br> **STIPULATION AS TO SECOND EXTENSION OF DATE FOR FILING ANSWER** AND ORDER |

Pursuant to Civil L.R. 6-1 and Civil L.R. 7-12, plaintiff and the first-named defendant (Alawar Entertainment, Inc.)("Alawar") in the above-referenced matter hereby stipulate as to a further extension of the date by which defendant Alawar is to submit an answer in this matter to and including September 29, 2006. The basis for the stipulation is the parties' current efforts to determine if this matter can be resolved without need for further proceedings before this Court.

///
///
///
///
///
///
///
///

- 1 -
**STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER**

| | |
|---|---|
| /s/ Lee Patch | /s/ Bruce Nye |
| Lee Patch | Bruce Nye |
| CA Bar No. 243669 | CA Bar No. 77608 |
| DAY CASEBEER MADRID & BATCHELDER LLP | Adams Nye Sinunu Bruni Becht LLP |
| 20300 Stevens Creek Blvd. Suite 400 | 222 Kearny Street, Seventh Floor San Francisco, CA 94108-4521 |
| Cupertino, CA 95014 | Telephone: (415) 982-8955 |
| Tel: (408) 873-0110 | Facsimile: (415) 982-2042 |
| Facsimile: (408) 873-0220 | |
| Counsel for Plaintiff PlayFirst, Inc. | Counsel for Defendant Alawar Entertainment, Inc. |

Date: September 15, 2006

**IT IS SO ORDERED**

Judge Martin J. Jenkins

9/19/2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
**STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER**