| | |
|---|---|
| 1 | DAY CASEBEER MADRID & BATCHELDER LLP |
| 2 | Lee Patch (243669) |
| | 20300 Stevens Creek Blvd., Suite 400 |
| 3 | Cupertino, California 95014 |
| | Telephone: (408) 873-0110 |
| 4 | Facsimile: (408) 873-0220 |
| 5 | |
| 6 | Attorneys for Plaintiff, |
| | PLAYFIRST, INC. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PLAYFIRST, INC., | CIVIL CASE NO. C06-04581 MJJ |
|---|---|
| Plaintiff, | STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER |
| v. | AND ORDER |
| ALAWAR ENTERTAINMENT, INC., and ALIASWORLDS ENTERTAINMENT, | JUDGE: HONORABLE MARTIN J. JENKINS |
| Defendant. | |

Pursuant to Civil L.R. 6-1 and Civil L.R. 7-12, plaintiff and the first-named defendant (Alawar Entertainment, Inc.)("Alawar") in the above-referenced matter hereby stipulate as to a further extension of the date by which defendant Alawar is to submit an answer in this matter to and including December 11, 2006. The basis for the stipulation is the parties' current efforts to determine if this matter can be resolved without need for further proceedings before this Court.

Dated: December 6, 2006

| /s/ Lee Patch | /s/ Bruce Nye |
|---|---|
| Lee Patch | Bruce Nye |
| CA Bar No. 243669 | CA Bar No. 77608 |
| Day Casebeer Madrid & Batchelder LLP | Adams Nye Sinunu Bruni Becht LLP |
| 20300 Stevens Creek Blvd., Suite 400 | 222 Kearny Street, Seventh Floor |
| Cupertino, CA 95014 | San Francisco, CA 94018-4521 |
| Telephone: (408) 873-0110 | Telephone: (415) 982-8955 |
| Facsimile: (408) 873-0220 | Facsimile: (415) 982-2042 |



GRANTED
Judge Martin J. Jenkins
12/11/2006

STIPULATION AS TO EXTENSION OF DATE FOR FILING ANSWER — 1 — CASE NO. C06-04581 (MJJ)

507355