DAY CASEBEER MADRID & BATCHELDER LLP
Lee Patch (243669)
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

E-Filing

Attorneys for Plaintiff,
PLAYFIRST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLAYFIRST, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> ALAWAR ENTERTAINMENT, INC., and ALIASWORLDS ENTERTAINMENT <br><br>            Defendants. | **CIVIL CASE No.** C06-04581 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> **JUDGE:   HONORABLE MARTIN J. JENKINS** |

WHEREAS PlayFirst, Inc. ("PlayFirst") has agreed to dismiss its claims against Alawar Entertainment, Inc. ("Alawar") and Aliasworlds, International ("Aliasworlds");

IT IS HEREBY STIPULATED by and between PlayFirst, on the one hand, and Alawar and Aliasworlds, on the other hand, through their respective counsel and subject to the approval of the Court, in recognition of the valuable consideration which caused the parties to agree to this dismissal, that:

1. All claims asserted by PlayFirst in this action are dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

2. Each of the parties shall bear its own attorneys' fees and costs associated with this action.

/s/ Lee Patch
Lee Patch
CA Bar No. 243669
DAY CASEBEER MADRID
& BATCHELDER LLP
20300 Stevens Creek Blvd.
Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Facsimile: (408) 873-0220

Counsel for Plaintiff PlayFirst, Inc.

/s/ Bruce Nye
Bruce Nye
CA Bar No. 77608
Adams Nye Sinunu Bruni Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Counsel for Defendant Alawar Entertainment, Inc.

Dated: February 27, 2007

**ORDER**

IT IS SO ORDERED

Dated: 2/28/2007

_____
Honorable Martin J. Jenkins
United States District Court Judge